# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**KRISTEN ROSALEZ,**
Appellee.

No. 4D19-1311

[March 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael V. Lynch, Judge; L.T. Case No. 18-000397CF10A.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellant.

Russell L. Cormican and Sidney Z. Fleischman, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***